```
RODRICK RAY BLUE                FINGERHUT
1648 C HOLLY BUSH RD.           ATTN: BANKRUPTCY
PELAHATCHIE, MS 39145           PO BOX 0260
                                SAINT CLOUD, MN 56395


THOMAS C. ROLLINS, JR.          IC SYSTEMS, INC
THE ROLLINS LAW FIRM, PLLC      PO BOX 64378
P.O. BOX 13767                  SAINT PAUL, MN 55164
JACKSON, MS 39236


AMANDA BLUE                     KEESLER FCU
1648 C HOLLY BUSH RD.           ATTN: BANKRUPTCY
PELAHATCHIE, MS 39145           2602 PASS RD
                                BILOXI, MS 39531


BRIGHTVWCU                      LVNV FUNDING
713 S PEAR ORCHARD RD           ATTN: BANKRUPTCY
RIDGELAND, MS 39157             PO BOX 10497
                                GREENVILLE, SC 29603


COMMUNITY FIRST CU              MARINER FINANCE
1520 W CAPITAL ST               ATTN: BANKRUPTCY
JACKSON, MS 39203               8211 TOWN CENTER DR
                                NOTTINGHAM, MD 21236


CREDIT COLLECTION               ONEMAIN FINANCIAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
725 CANTON ST                   PO BOX 142
NORWOOD, MA 02062               EVANSVILLE, IN 47701


CSPIRE WIRELESS                 RADIUS GLOBAL SOLUTION
PO BOX 159                      7831 GLENROY ROAD
MEADVILLE, MS 39653             EDINA, MN 55439


EDFINANCIAL SERVICES L          SYNOVOUS
120 N SEVEN OAKS DRIVE          PO BOX 856540
KNOXVILLE, TN 37922             SIOUX FALLS, SD 57118


EXETER FINANCE LLC              VANDERBILT MORTGAGE
PO BOX 166097                   ATTN: BANKRUPTCY
IRVING, TX 75016                PO BOX 9800
                                MARYVILLE, TN 37802
```