IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                              *

RODERICK BLUE                       *        Case No. 25-01244

Debtor                              *        Chapter: 7

                                    *

*      *      *      *      *      *      *      *      *      *      *      *

## LINE REQUESTING WITHDRAWAL OF PROOF OF CLAIM #1

NOW COMES the Creditor, MARINER FINANCE, LLC ("Mariner"), by and through its Bankruptcy Clerk, Kelly Glass, and states as follows:

Creditor erroneously filed a claim in the case.  Therefore, Creditor would request the withdrawal of proof of claim number 1.

Respectfully submitted,

MARINER FINANCE, LLC

By:    /s/ Kelly Glass_____
       Kelly Glass
       Bankruptcy Manager
       Mariner Finance, LLC
       8211 Town Center Drive
       Nottingham, Maryland 21236

## CERTIFICATE OF SERVICE

I hereby certify this 21ST day of May, 2025 that a copy of the foregoing Line with attachments was mailed via first class mail, postage prepaid, to:

Roderick Blue
1648 C Holly Bush Rd
Pelathatchie MS 39145

Thomas Rollins
PO Box 13767
Jackson MS 39236
*Attorney for Debtor*

Eileen Shaffer
PO Box 1177
Jackson MS 39215
*Chapter 13 Trustee*

/s/ Kelly Glass \_\_\_\_\_
Kelly Glass
Bankruptcy Manager
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, Maryland 21236

2