United States Bankruptcy Court

Southern District of Mississippi

In re:                                                    Case No. 25-01244-JAW

Rodrick Ray Blue                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                  User: mssbad                              Page 1 of 2

Date Rcvd: Aug 27, 2025              Form ID: 318                        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodrick Ray Blue, 1648 C Holly Bush Rd., Pelahatchie, MS 39145-2854 |
| 5511485 | + | Amanda Blue, 1648 C Holly Bush Rd., Pelahatchie, MS 39145-2854 |
| 5511486 | + | Brightvwcu, 713 S Pear Orchard Rd, Ridgeland, MS 39157-4842 |
| 5511487 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5511487 | + | Community First CU, 1520 W Capital St, Jackson, MS 39203-1601 |
| 5511499 | | Synovous, PO Box 856540, Sioux Falls, SD 57118 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 27 2025 23:35:00 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: wrs@byrdwiser.com | Aug 27 2025 19:40:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 19:40:00 | Mariner Finance, Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236, UNITED STATES 21236-5904 |
| cr | | EDI: AGFINANCE.COM | Aug 27 2025 23:34:00 | One Main Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 27 2025 19:40:00 | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |
| 5511488 | + | EDI: CCS.COM | Aug 27 2025 23:35:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5511490 | + | Email/Text: EBN@edfinancial.com | Aug 27 2025 19:40:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5511491 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 27 2025 19:45:09 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 5512341 | + | EDI: AISACG.COM | Aug 27 2025 23:35:00 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, Account: XXX3522, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5511492 | + | EDI: BLUESTEM | Aug 27 2025 23:35:00 | Fingerhut, Attn: Bankruptcy, Po Box 0260, Saint Cloud, MN 56395-0260 |
| 5511493 | + | EDI: LCIICSYSTEM | Aug 27 2025 23:34:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5511494 | + | Email/Text: melissa.martin@kfcu.org | Aug 27 2025 19:40:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5511495 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 19:44:37 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5511496 | + | Email/Text: bankruptcy@marinerfinance.com | | |

District/off: 0538-3 | User: mssbad | Page 2 of 2
Date Rcvd: Aug 27, 2025 | Form ID: 318 | Total Noticed: 23

| | | Aug 27 2025 19:40:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5511497 | + EDI: AGFINANCE.COM | | |
| | | Aug 27 2025 23:34:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5511498 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Aug 27 2025 19:40:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 5511500 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | | |
| | | Aug 27 2025 19:40:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rodrick Ray Blue trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rodrick Ray Blue** | Social Security number or ITIN   **xxx–xx–7474** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **25–01244–JAW**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Rodrick Ray Blue**
aka Roddrick Ray Blue, aka Roddrick Blue, aka
Rodrick Blue

Dated: <u>8/27/25</u>

**By the court:**  <u>/s/Jamie A. Wilson</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**