# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodrick Ray Blue, Debtor                                    Case No. 25-01244-JAW
                                                                                               CHAPTER 7

## MOTION TO REOPEN BANKRUPTCY CASE

COMES NOW, by and through counsel, and move this Court to reopen their Chapter 7 bankruptcy case pursuant to Rule 4007(b), and in support thereof, would show the Court as follows:

I.

An Order granting a Motion to Avoid Lien (Dk#19) entered on 8/12/2025. However, the order number for the lien was mistakenly listed incorrectly in the Motion and the Order.

II.

Debtor seeks to reopen this case solely for the limited purpose of refiling a corrected motion to avoid the lien, so that the Order will accurately reflect the lien/judgment information.

WHEREFORE, Debtors pray that their Bankruptcy Plan be reopened and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)