### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodrick Ray Blue, Debtor                                  Case No. 25-01244-JAW
                                                                                    **CHAPTER 7**

## NOTICE

    Debtor have filed papers with the court to reopen their bankruptcy. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Reopen.

Date: October 1, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodrick Ray Blue, Debtor                                         Case No. 25-01244-JAW
                                                                                                CHAPTER 7

## MOTION TO REOPEN BANKRUPTCY CASE

COMES NOW, by and through counsel, and move this Court to reopen their Chapter 7 bankruptcy case pursuant to Rule 4007(b), and in support thereof, would show the Court as follows:

I.

An Order granting a Motion to Avoid Lien (Dk#19) entered on 8/12/2025. However, the order number for the lien was mistakenly listed incorrectly in the Motion and the Order.

II.

Debtor seeks to reopen this case solely for the limited purpose of refiling a corrected motion to avoid the lien, so that the Order will accurately reflect the lien/judgment information.

WHEREFORE, Debtors pray that their Bankruptcy Plan be reopened and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RODRICK RAY BLUE | CASE NO: 25-01244<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/1/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Reopen

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01244 |
|---|---|
| RODRICK RAY BLUE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/1/2025, a copy of the following documents, described below,

Notice and Motion to Reopen

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      EXETER FINANCE LLC              KEESLER FEDERAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                 4515 N SANTA FE AVE DEPT APS    CO ROBERT ALAN BYRD
CASE  25-01244                        OKLAHOMA CITY  OK 73118-7901    PO BOX 1939
SOUTHERN DISTRICT OF MISSISSIPPI                                      BILOXI  MS 39533-1939
WED OCT 1 12-44-27 PST 2025




MARINER FINANCE                       ONE MAIN FINANCIAL GROUP  LLC   VANDERBILT MORTGAGE AND FINANCE  INC
MARINER FINANCE                       ONEMAIN                         PO BOX 9800
8211 TOWN CENTER DR                   PO BOX 3251                     MARYVILLE  TN 37802-9800
NOTTINGHAM  MD 21236-5904             EVANSVILLE  IN 47731-3251




EXCLUDE

US BANKRUPTCY COURT                   AMANDA BLUE                     BRIGHTVWCU
THAD COCHRAN US COURTHOUSE            1648 C HOLLY BUSH RD            713 S PEAR ORCHARD RD
501 E COURT STREET                    PELAHATCHIE  MS 39145-2854      RIDGELAND  MS 39157-4842
SUITE 2300
JACKSON  MS 39201-5036




CSPIRE WIRELESS                       COMMUNITY FIRST CU              CREDIT COLLECTION
PO BOX 159                            1520 W CAPITAL ST               ATTN BANKRUPTCY
MEADVILLE  MS 39653-0159              JACKSON  MS 39203-1601          725 CANTON ST
                                                                      NORWOOD  MA 02062-2679




EDFINANCIAL SERVICES L                EXETER FINANCE LLC              EXETER FINANCE LLC DEPARTMENT
120 N SEVEN OAKS DRIVE                PO BOX 166097                   AIS PORTFOLIO SERVICES  LLC
KNOXVILLE  TN 37922-2359              IRVING  TX 75016-6097           ACCOUNT XXX3522
                                                                      4515 N SANTA FE AVE DEPT APS
                                                                      OKLAHOMA CITY  OK 73118-7901




FINGERHUT                             IC SYSTEMS  INC                 KEESLER FCU
ATTN BANKRUPTCY                       PO BOX 64378                    ATTN BANKRUPTCY
PO BOX 0260                           SAINT PAUL  MN 55164-0378       2602 PASS RD
SAINT CLOUD  MN 56395-0260                                            BILOXI  MS 39531-2728




LVNV FUNDING                          MARINER FINANCE                 ONEMAIN FINANCIAL
ATTN BANKRUPTCY                       ATTN BANKRUPTCY                 ATTN BANKRUPTCY
PO BOX 10497                          8211 TOWN CENTER DR             PO BOX 142
GREENVILLE  SC 29603-0497             NOTTINGHAM  MD 21236-5904       EVANSVILLE  IN 47701-0142




                                                                      EXCLUDE

RADIUS GLOBAL SOLUTION                SYNOVOUS                        UNITED STATES TRUSTEE
7831 GLENROY ROAD                     PO BOX 856540                   501 EAST COURT STREET
EDINA  MN 55439-3117                  SIOUX FALLS  SD 57118           SUITE 6-430
                                                                      JACKSON  MS 39201-5022




                                      EXCLUDE                         DEBTOR

VANDERBILT MORTGAGE                   (P)EILEEN N SHAFFER             RODRICK RAY BLUE
ATTN BANKRUPTCY                       P O BOX 1177                    1648 C HOLLY BUSH RD
PO BOX 9800                           JACKSON MS 39215-1177           PELAHATCHIE  MS 39145-2854
MARYVILLE  TN 37802-9800
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM   PLLC
PO BOX 13767
JACKSON   MS 39236-3767
```