**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rodrick Ray Blue, Debtor                    Case No. 25-01244-JAW
                                                      **CHAPTER 7**

### NOTICE OF MOTION TO PARTIALLY AVOID JUDICIAL LIEN

YOU ARE HEREBY NOTIFIED that a Motion to void the Judgment Lien of One Main Finacial Group, LLC has been filed on behalf of Rodrick Ray Blue.

YOU ARE HEREBY FURTHER NOTIFIED that TWENTY-ONE (21) DAYS from the date of this Notice are granted in which a written objection or other responsive pleading must be filed with the Clerk, U.S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201; and with the undersigned attorney for the Trustee at the address listed below. If no objections are filed, the Court may consider this matter EX PARTE. Should objections be filed, a hearing will be held on the aforesaid Motion at a date to be later determined by the Court.

Date: November 4, 2025      Signature:    /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          PO Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rodrick Ray Blue, Debtor                    Case No. 25-01244-JAW
                                                      CHAPTER 7

## MOTION PARTIALLY AVOIDING JUDICIAL LIEN

COMES NOW, Debtor, by and through counsel, pursuant to 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d), and files this his Motion to void the Judgment Lien of One Main Financial Group, LLC ("Respondent"), and in support thereof, would show the Court as follows:

I.

Debtor commenced this proceeding under Chapter **7** of the Bankruptcy Code on 05/15/2025.

I.

That the Debtor has a Judgment Lien against him obtained by Onemain Financial Group, LLC entered in the Circuit Court of Rankin County, Mississippi, in the amount of $1,648.00 enrolled in the Judgement Roll maintained by the Rankin County Circuit Clerk and filed under case number 61CO1:23-cv-01703, on his homestead located at 1648 C Holly Bush Rd., Pelahatchie, MS 39145 being more fully described as follows:

> Beginning at the northeast corner of the S ½ of NE ¼ of NE ¼ of Section 3, Township 6 North, Range 4 East and running thence South 210 feet; thence West parallel with the North line of said S ½ of NE ¼ of NE ¼ distance of 210 feet to the North line of said S ½ of NE ¼ of NE ¼ thence East along the North line of said S ½ of NE ¼ of NE 1/4 a distance of 420 feet to the point beginning: containing two (2) acres, more or less, and being situated in the S ½ of NE ¼ of NE ¼ of Section 3, Township 6 North Range 4 East.

II.

That the Debtor seeks an Order from this Court voiding the judgment listed in Paragraph II. above to the extent it is a lien against his homestead and impairs the debtor's right to claim his homestead exemption pursuant to §85-3-21, Mississippi Code of 1972.

WHEREFORE, Debtor respectfully requests that this Court enter an order voiding the lien of Onemain Financial Group, LLC against him which impairs his homestead exemption, and for such other relief as is deemed just.

Dated November 4, 2025

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Partially Avoid Lien was forwarded on November 4, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Objection.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Right to Request Hearing and Motion to Partially Avoid Lien was forwarded on November 4, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

    Onemain Financial Group, LLC
    c/o C.T. Corporation System
    645 Lakeland Drive East Dr Ste. 101
    Flowood, MS 39232

    One Main Financial
    Attn: Bankruptcy
    P.O. Box 142
    Evansville, IN 47701

By Electronic CM/ECF Notice:

    Case Trustee
    U.S. Trustee

                                            <u>/s/ Thomas C. Rollins, Jr.</u>
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Rodrick Ray Blue | CASE NO: 25-01244<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/4/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Partially Avoid Judicial Lien

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/4/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-01244 |
| Rodrick Ray Blue | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/4/2025, a copy of the following documents, described below,

Notice and Motion to Partially Avoid Judicial Lien

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/4/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                              FIRST CLASS

ONEMAIN FINANCIAL GROUP, LLC             ONE MAIN FINANCIAL
C/O C.T. CORPORATION SYSTEM              ATTN: BANKRUPTCY
645 LAKELAND EAST DRIVE, SUITE 101       P.O. BOX 142
FLOWOOD  MS 39232                        EVANSVILLE IN 47701
```