**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Rodrick Ray Blue, Debtor                           Case No. 25-01244-JAW
                                                            **CHAPTER 7**

**REQUEST FOR A CERTIFIED COPY**

Honorable Clerk:

I represent the debtor in the above-referenced case and respectfully request two certified copies of the Order Partially Avoiding Lien (Dk# 39) totaling $24.00 for purposes of providing the certified copies to the Chancery and Circuit Clerk in the county where the debtor's property is located. Please mail the copies to the following address:

Thank you for assistance.

Respectfully submitted,


/s/ Thomas C. Rollins Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: December 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodrick Ray Blue, Debtor                                   Case No. 25-01244-JAW
                                                                    CHAPTER 7

### ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having no response filed on the motion [Dkt. No 37] of the debtor to avoid the fixing of the judicial lien (judgment) of Onemain Financial Group, LLC on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.   Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the Civil Court of Rankin County, Mississippi, being Case Number 61CO1:23-cv-01703 in the amount of $1648.00 enrolled in the Judgement Roll maintained by the Rankin County Circuit Clerk and filed under Case Number 61CO1:23-cv-01703 is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 1648 C Holly Bush Rd., Pelahatchie, MS 39145 being more fully described as follows:

        Beginning at the northeast corner of the S ½ of NE ¼ of NE ¼ of Section 3, Township 6 North, Range 4 East and running thence South 210 feet; thence West parallel with the North line of said S ½ of NE ¼ of NE ¼ distance of 210 feet to the North line of said S ½ of NE ¼ of NE ¼ thence East along the North line of said S ½ of NE ¼ of NE 1/4  a distance of 420 feet to the point beginning: containing two (2) acres, more or less, and being situated in the S ½ of NE ¼ of NE ¼ of Section 3, Township 6 North Range 4 East.

2.      A certified copy of this Order is to be filed in the land records of Rankin County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Rodrick Ray Blue (debtor) as grantor.  The debtor's attorney will ensure compliance with this provision.

3.      The Circuit Clerk of Rankin County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Rankin filed as Case Number 61CO1:23-cv-01703 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file.  The debtor's attorney will ensure compliance with this provision.

4.      The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)